IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARY ROBIN SMITH                                                                                              PLAINTIFF

V.                                          NO. 5:10CV00036 BSM/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                    DEFENDANT

## ORDER

Plaintiff has filed a Motion requesting a twenty-day extension to file her Appeal Brief. (Docket entry #10). The Commissioner does not oppose the Motion. Plaintiff's time for filing her Appeal Brief is hereby extended to and including June 30, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Motion for Extension of Time (docket entry #10) is GRANTED.

DATED this 11th day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE