# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MARY ROBIN SMITH**                                                                                    **PLAINTIFF**

**v.**                         **CASE NO. 5:10cv00036 BSM/JTR**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                              **DEFENDANT**

## ORDER

The proposed findings and recommended disposition received from Magistrate Judge J. Thomas Ray have been reviewed. There have been no objections. After careful review, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted, in their entirety, in all respects.

IT IS THEREFORE ORDERED that this case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Judgment shall be entered accordingly.

DATED this 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE