UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARY ROBIN SMITH**                                                                              **PLAINTIFF**

v.                               **CASE NO. 5:10cv00036 BSM/JTR**

**MICHAEL J. ASTRUE,**
Commissioner, Social
Security Administration                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 11th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE